UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HYDRAFLOW INDUSTRIES NZ LIMITED,<br><br>**Plaintiff,**<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN EXHIBIT 1,<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. A-22-CV-00962-ADA |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell. ECF No. 37. The report recommends Plaintiff Hydraflow Industries' Motion for Default Judgment (ECF No. 33) be **GRANTED**. The report and recommendation was filed on August 16, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on August 25, 2023. ECF No. 38. The Court has conducted a *de novo* review of the motion to dismiss, the responses, the report and recommendation, the

objection to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, ECF No. 37, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Plaintiff Hydraflow Industries' Motion for Default Judgment, ECF No. 33, is **GRANTED** in accordance with the Report and Recommendation.

SIGNED this 6th day of March, 2024.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**